

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-83,890-01

### EX PARTE MICHAEL JONES, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1236545-A IN THE 337TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of one to four grams of cocaine and sentenced to two years' imprisonment. He did not appeal his conviction.

Applicant contends that his guilty plea was involuntary and his due process rights were violated. *See Ex parte Mable*, 443 S.W.3d 129 (Tex. Crim. App. 2014). Applicant and the State prepared agreed findings of fact and conclusions of law and recommended that we grant relief. The

trial court signed these and also recommended that we grant relief.

Relief is granted.  The judgment in cause number1236545 in the 337th District Court of Harris County is set aside, and if in custody, Applicant is remanded to the custody of the Sheriff of Harris County to answer the charges as set out in the information.  The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Delivered: October 7, 2015
Do not publish